AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| United States of America<br>v.<br>JOHN ANTHONY BORELL III | ) ) Case No. 2:12mj90PMW<br>) )<br>) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**SEALED**

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOHN ANTHONY BORELL III,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1030, Fraud and Related Activity in Connection with Computers

Date: 16 March 2012

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Paul M. Warner, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/16/2012, and the person was arrested on *(date)* 3/20/2012
at *(city and state)* TOLEDO, OH.

Date: 3/20/2012

*Arresting officer's signature*

ERIC R. ZIMMERMAN, SPECIAL AGENT
*Printed name and title*