FILED
U.S. DISTRICT COURT

DAVID B. BARLOW, United States Attorney (#13117)
ADAM ELGGREN, Assistant United States Attorney (#11064)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
185 S. State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387
e-mail: adam.elggren@usdoj.gov

2012 APR -4  P 2:02

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO. 18 U.S.C. §1030(a)(5)(A), COMPUTER INTRUSION |
| JOHN ANTHONY BORELL III, | Case: 2:12-cr-00163 |
| Defendant. | Assigned To : Nuffer (DJ), David<br>Assign. Date : 04/04/2012<br>Description: USA v. |

SEALED

The Grand Jury Charges:

## COUNT 1
### (18 U.S.C. §1030(a)(5)(A), Computer Intrusion)

On or about January 19, 2012, in the Central Division of the District of Utah and elsewhere,

JOHN ANTHONY BORELL III,

the defendant herein, knowingly caused the transmission of a program, information, code and command, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer as defined by 18 U.S.C. §1030(e)(2)(B), to wit: he did conduct an SQL injection attack (a form of "hacking") on the server(s) hosting the website http://www.utahchiefs.org, a computer used in and affecting interstate commerce and communication; and the offense caused loss to one or more persons during a one-year period aggregating at least $5,000; all in violation of 18 U.S.C. §1030(a)(5)(A) and punishable under 18 U.S.C. §1030(c)(4)(B)(i).

## COUNT 2
### (18 U.S.C. §1030(a)(5)(A), Computer Intrusion)

On or about January 31, 2012, in the Central Division of the District of Utah and elsewhere,

JOHN ANTHONY BORELL III,

the defendant herein, knowingly caused the transmission of a program, information, code and command, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer as defined by

18 U.S.C. §1030(e)(2)(B), to wit: he did conduct an SQL injection attack (a form of "hacking") on the server(s) hosting the website http://slcpd.com, a computer used in and affecting interstate commerce and communication; and the offense caused loss to one or more persons during a one-year period aggregating at least $5,000; all in violation of 18 U.S.C. §1030(a)(5)(A) and punishable under 18 U.S.C. §1030(c)(4)(B)(i).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

_____
ADAM S. ELGGREN
Assistant United States Attorney